**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:15-CV-452-TAV-CCS |
| JAMES "J.J." JONES, Sheriff of Knox County, Tennessee, in his official and individual capacities; RODNEY BIVENS, Assistant Chief Deputy of the Knox County Sheriff's Office, in his official and individual capacities; and KNOX COUNTY, TENNESSEE, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF COMPROMISE AND DISMISSAL OF REMAINING CLAIMS**
**FOR ATTORNEYS' FEES, COSTS AND EXPENSES**
**AND STIPULATION OF DISMISSAL**

Come now the parties, Knox County, Tennessee and Plaintiff and its attorneys, and serve notice that the stipulated damages in this case have been paid and satisfied and all remaining claims including but not limited to post-judgment interest, attorneys' fees, costs (including the bill of costs) and expenses have been compromised and settled and paid. Accordingly, counsel for all parties who have appeared in this case hereby stipulate to the dismissal of this action, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted this 4th day of April, 2018.

*/s/ Sabarish Neelakanta*
Sabarish Neelakanta
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
Lake Worth, FL 33460

*/s/ Tricia Herzfeld*
Tricia Herzfeld
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Ave, Suite 200
Nashville, TN 37203
(615) 254-8801
triciah@bsjfirm.com

*/s/ David S. Wigler*
David S. Wigler (TN BPR # 014525)
Deputy Knox County Law Director
Suite 612, City-County Building
400 Main Street
Knoxville, TN 37902
(865) 215-2327

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on this 4th day of April, 2018. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

*/s/ Tricia Herzfeld*
Tricia Herzfeld